No. 77–1664.  SHELTON v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 77–1666.  WARMINSTER TOWNSHIP, PENNSYLVANIA v. PITRONE.  C. A. 3d Cir.  Certiorari denied.

No. 77–1667.  MULLIGAN v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 77–1668.  TAYLOR v. PERGEAU.  C. A. 9th Cir.  Certiorari denied.

No. 77–1669.  FAZIO ET UX. v. ZONING HEARING BOARD OF EAST MARLBOROUGH TOWNSHIP.  Pa. Commw. Ct.  Certiorari denied.

No. 77–1672.  FIRST NATIONAL BANK OF OREGON, TRUSTEE v. UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 77–1673.  HASENSTAB v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 77–1675.  MARION CIRCUIT COURT OF MARION COUNTY, INDIANA, ET AL. v. INDIANA EX REL. PUBLIC SERVICE COMMISSION OF INDIANA ET AL.  Sup. Ct. Ind.  Certiorari denied.

No. 77–1678.  BUCUVALAS v. MASSACHUSETTS.  Ct. App. Mass.  Certiorari denied.

No. 77–1683.  UNITED TELEGRAPH WORKERS, AFL–CIO v. NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. D. C. Cir. Certiorari denied.